E-FILED
Friday, 27 March, 2020 09:22:12 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )   <br>   )   <br>   Plaintiff,   )   <br>   )   <br>   v.   )   <br>   )   <br>   MICHAEL BALE,   )   <br>   )   <br>   Defendant.   )   | No. 20-cr-30023 |

## OPINION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

This matter comes before the Court on Defendant Michael Bale's Unopposed Motion for Electronic Review of Pretrial Discovery by Defendant in a Correctional Facility (d/e 14) (Motion). Defendant's Motion is ALLOWED. For the reasons set forth in Defendant's Motion, the Court finds good cause to allow Defendant to review pretrial discovery electronically while in a correctional facility. See Local Rule 16.2(D).

Defendant shall be afforded electronic access to pretrial discovery in this cause pursuant to the procedures attached to Defendant's motion: Rules Governing Use of Electronic Storage Media to View Legal Materials, Inmate Discovery Receipt, Electronic Discovery Viewing Log, Discovery Material Authorization Form, and Detainee Laptop Issuance Procedures.

Defendant's electronic access to pre-trial discovery in this cause is expressly conditioned on: (1) the ongoing compliance at all times by Defendant with the policies and procedures established by this Court; and (2) the ongoing willingness of the correctional institution to afford Defendant electronic access to the pre-trial discovery pursuant to the policies and procedures established by this Court.  Should security concerns arise with respect to Defendant's access to pre-trial discovery, that access can be temporarily suspended without leave of Court but with notice to Defendant's counsel.  Defendant may seek to regain access via petition to the Court.

This order shall modify only the application of Local Rule 16.2(B)(3) and (4) to this cause.  All other provisions of Local Rule 16.2 remain applicable.

THEREFORE, IT IS ORDERED that Defendant Michael Bale's Unopposed Motion for Electronic Review of Pretrial Discovery by Defendant in a Correctional Facility (d/e 14) is ALLOWED.

ENTER:   March 26, 2020.

*s/ Tom Schanzle-Haskins*
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE